USDC SDNY
DCCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 2 1 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Royal Park Investments SA/NV,
Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  –v–

Deutsche Bank National Trust Company, as Trustee,

      Defendant.

14-CV-4394 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

  On May 26, 2016, Plaintiff Royal Park Investments SA/NV ("Royal Park") moved to certify this matter as a class action pursuant to Federal Rules of Civil Procedure 23(a) and 23(b)(3), to appoint Royal Park as class representative, and to appoint Royal Park's counsel, Robbins Geller Rudman & Dowd LLP, as class counsel. Dkt. No. 160. In a concurrently filed Memorandum & Order under temporary seal (the "Memorandum & Order"), the Court DENIES the motion without prejudice on the ground that Royal Park has failed to carry its burden of demonstrating by a preponderance of the evidence that the proposed class, as currently defined, is sufficiently ascertainable. The Court grants Royal Park leave to renew its motion so as to propose an appropriately redefined class.

  Because the Memorandum & Order arguably makes reference to certain evidentiary materials that are the subject of sealing applications submitted by Royal Park and approved by the Court, the Court has directed the parties to meet and confer and advise the Court within ten business whether they believe that any portion of the Memorandum & Order should be redacted prior to its public docketing. After determining which, if any, portion of the Memorandum &

Order may be redacted under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006), the Court will file the Memorandum & Order on the public docket.

    This Order, by reference to the temporarily sealed Memorandum & Order, resolves Dkt. No. 160.

SO ORDERED.

Dated: March ___, 2017
       New York, New York

_____
ALISON J. NATHAN
United States District Judge