# Exhibit 5

**ROBBINS GELLER RUDMAN & DOWD LLP**

| | | | | |
|---|---|---|---|---|
| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

VS. DEUTSCHE BANK NATIONAL TRUST COMPANY

Client No.: 140083              Invoice No. 127785
Matter No.: 140083-00001        Invoice Date: Nov 18, 2016
================================================================

| Disbursement Name | Disb. Date | Vendor Name/ Description | Timekeeper Name | Cost Amount |
|---|---|---|---|---|
| Out of Town Transportation | | | | |
| | 08/20/16 | AMERICAN EXPRESS Out of Town Transp/Parking Corporate Traveler #01678556361241 BNA IAD BRU IAD BNA 09/05/16 Wood/Christopher Mar - Flight – Client Deposition | WOOD, CHRISTOPHER | 8,831.46 |
| | 08/20/16 | AMERICAN EXPRESS Out of Town Transp/Parking Corporate Traveler TKT#01678556807815 UA 09/05/16 and 09/08/16 SAN/ORD/BRU/IAD/SAN Olts/Lucas Freeman – Flight for Luke Olts – Brussels for RPI Deposition | OLTS, LUCAS F. | 9,182.46 |
| | | Subtotal-Out of Town Transp/Park | $ | 18,013.92 |
| Hotel Accommodation | | | | |
| | 09/09/16 | AMERICAN EXPRESS Hotel Accommodations Hotel Amigo - Ogone Bruxelles 9/5/16-9/8/16 3 Nights - Hotel – Deutsche Bank Client Deposition | WOOD, CHRISTOPHER | 902.26 |
| | 09/09/16 | AMERICAN EXPRESS Hotel Accommodations Hotel Amigo - Ogone Bruxelles 09/05/16 TO 09/08/16 (3 nights, 2 meals) – Hotel and meal for Luke Olts, RPI Deposition, Brussels | OLTS, LUCAS F. | 1,052.07 |
| | | Subtotal-Hotel Accommodations | $ | 1,954.33 |
| | | Total – Disbursements | $ | 19,968.25 |

**TOTAL AMOUNT DUE UPON RECEIPT**          **$    19,968.25**

655 West Broadway    Suite 1900    San Diego, CA 92101    Tel 619 231 1058    Fax 619 231 7423    www.rgrdlaw.com