UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated, | : : : : : : : : : : : : : : : | Civil Action No. 1:14-cv-04394-AJN-BCM <br><br> CLASS ACTION <br><br> PLAINTIFF ROYAL PARK INVESTMENTS SA/NV'S NOTICE OF MOTION AND RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL |
| Plaintiff, | | |
| vs. | | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, | | |
| Defendant. | | |

1261020_1

PLEASE TAKE NOTICE that, plaintiff Royal Park Investments SA/NV ("Royal Park") hereby moves the Court for an order certifying this matter as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), appointing Royal Park as Class Representative and Robbins Geller Rudman & Dowd LLP as Class Counsel.  This motion is supported by the memorandum of law and the Declaration of Lucas F. Olts and exhibits thereto, concurrently filed herewith, all pleadings and papers filed herein, arguments of counsel and any other matters properly before the Court.[1]  Oral argument is requested.

| | |
|---|---|
| DATED:  May 1, 2017 | ROBBINS GELLER RUDMAN & DOWD LLP<br>ARTHUR C. LEAHY<br>STEVEN W. PEPICH<br>LUCAS F. OLTS<br>DARRYL J. ALVARADO |
| | s/ LUCAS F. OLTS<br>LUCAS F. OLTS |
| | 655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>artl@rgrdlaw.com<br>stevep@rgrdlaw.com<br>lolts@rgrdlaw.com<br>dalvarado@rgrdlaw.com |

---

[1]  The memorandum of law and the Declaration of Lucas F. Olts and exhibits thereto describe certain testimony designated as "Highly Confidential" by Defendant Deutsche Bank National Trust Company.  Therefore, pursuant to the Court's Individual Practices in Civil Cases, such documents are being submitted to chambers, and if the Court approves the redactions, Plaintiff will file the redacted version of the documents on ECF.

ROBBINS GELLER RUDMAN & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN & DOWD LLP
CHRISTOPHER M. WOOD
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2017.

           s/ LUCAS F. OLTS
           LUCAS F. OLTS

           ROBBINS GELLER RUDMAN & DOWD LLP
           655 West Broadway, Suite 1900
           San Diego, CA 92101-8498
           Telephone: 619/231-1058
           619/231-7423 (fax)
           E-mail: lolts@rgrdlaw.com

# Mailing Information for a Case 1:14-cv-04394-AJN-BCM Royal Park Investments SA/NV v. Deutsche Bank National Trust Company

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Kevin James Biron**
  kevin.biron@morganlewis.com,robert.thompson@morganlewis.com,nymanagingclerk@morganlewis.com

- **Jennifer Nunez Caringal**
  jcaringal@rgrdlaw.com,lmix@rgrdlaw.com

- **Rollin Bernard Chippey**
  rchippey@morganlewis.com,robert.thompson@morganlewis.com

- **Paul Fattaruso , II**
  pfattaruso@bsfllp.com

- **Joseph Edward Floren**
  joseph.floren@morganlewis.com

- **Elizabeth Allen Frohlich**
  efrohlich@morganlewis.com,cristina.ashba@morganlewis.com,lucy.wang@morganlewis.com,jowyang@morganlewis.com,pwiese@morganlewis.com

- **Bernard J. Garbutt , III**
  bgarbutt@morganlewis.com,melissa.feig@morganlewis.com,anna.goldenhersh@morganlewis.com,robert.thompson@morganlewis.com,nymanagingclerk@morganlewi

- **Bryan P. Goff**
  bryan.goff@morganlewis.com,melissa.feig@morganlewis.com,nymanagingclerk@morganlewis.com,jennifer.walker@morganlewis.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,dlang@morganlewis.com,ewoodward@morganlewis.com

- **Robin Ann Henry**
  rhenry@bsfllp.com,mholness@bsfllp.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter R. Jerdee**
  pjerdee@jhany.com

- **Gregory P. Joseph**
  gjoseph@jhany.com

- **Ashley Anelcha Krupski**
  akrupski@morganlewis.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Cody R. Lejeune**
  clejeune@rgrdlaw.com

- **Jonathan Herman Levy**
  jonathan.levy@morganlewis.com

- **Grant R. MacQueen**
  gmacqueen@morganlewis.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Regina Schaffer-Goldman**
  rschaffer-goldman@morganlewis.com,nymanagingclerk@morganlewis.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nathan Todd Shapiro**
  nathan.shapiro@morganlewis.com

- **Motty Shulman**
  mshulman@bsfllp.com,NYC_Managing_Clerk@bsfllp.com,mpoppito@bsfllp.com

- **Gila Sara Singer**
  gsinger@jha.com

- **Christopher James Stanley**
  cstanley@jha.com

- **Jeffrey James Stein**
  jstein@rgrdlaw.com

- **John Michael Vassos**
  jvassos@morganlewis.com,nymanagingclerk@morganlewis.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,HDeshmukh@rgrdlaw.com,e_file_sf@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)