UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:14-cv-04394-AJN-BCM |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] ORDER |
| vs. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee, | |
| Defendant. | |

1305544_1

Having reviewed the papers and oral arguments submitted by the parties, the Court hereby grants Royal Park Investments SA/NV's ("Royal Park") Motion Regarding Sampling-Related Expert Discovery.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The parties shall be permitted to conduct sampling-related expert discovery.

2. Within 10 days of this Order, the parties shall submit a proposed revised expert discovery schedule.

IT IS SO ORDERED.

DATED: _____   _____
THE HONORABLE BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE