# EXHIBIT 1

**PSA Summary: Discovery & Heightened Duty**

| Trust (Contract) | Discovery | EoD/Heightened Duty |
|---|---|---|
| **FFML 2006-FF9 (Pooling and Servicing Agreement)** | 2.03(c): It is understood and agreed by the Servicer and the Mortgage Loan Seller that the representations and warranties set forth in this Section 2.03 shall survive the transfer of the Mortgage Loans by the Depositor to the Trustee on the Closing Date, and shall inure to the benefit of the Depositor, the Trustee and the Trust Fund notwithstanding any restrictive or qualified endorsement on any Mortgage Note or Assignment of Mortgage or the examination or failure to examine any Mortgage File. ***Upon discovery*** by the Mortgage Loan Seller, the Depositor, the Securities Administrator, ***the Trustee***, the Master Servicer or the Servicer of a breach of any of the foregoing representations and warranties, ***the party discovering such breach shall give prompt written notice to the others.*** | 8.01: … ***In case a Master Servicer Event of Default has occurred*** and remains uncured, ***the Trustee*** shall exercise such of the rights and powers vested in it by this Agreement, and ***use the same degree of care and skill in their exercise as a prudent person would exercise*** or use under the circumstances in the conduct of such person's own affairs.<br><br>9.06: Each of the following shall constitute a "Master Servicer Event of Default": …<br>(b) ***failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement*** which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer ***by the Trustee*** or to the Master Servicer and Trustee by the holders of Certificates evidencing at least 25.00% of the Voting Rights; |
| **GSR 2007-AR2 (Standard Terms to Master Servicing and Trust Agreement)** | 2.03(a): In addition to taking any action required pursuant to Section 7.01 hereof, ***upon discovery*** by a Responsible Officer of the Master Servicer, the Securities Administrator or ***the Trustee*** of any ***breach by any Servicer*** of any representation, warranty or covenant under the related Servicing Agreement, which breach materially and adversely affects the value of any Mortgage Loan or the interest of the Trust therein (it being understood that any such breach | 8.04: Each of the following shall constitute a Master Servicer Event of Default: …<br>(b) ***failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Trust Agreement*** which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall |

| | | |
|---|---|---|
| | shall be deemed to have materially and adversely affected the value of the related Mortgage Loan or the interest of the Trust therein if the Trust incurs or may incur a loss as a result of such breach), *the party discovering such breach* shall give prompt written notice thereof to the other applicable parties (including, without limitation, the Depositor, the Securities Administrator, the Trustee and the applicable responsible party). … <br><br> 2.03(b): *Upon discovery* by a Responsible Officer of the Master Servicer, the Securities Administrator or *the Trustee* or notice to the Master Servicer, the Securities Administrator or the Trustee of any defective or missing document (as described in the related Sale Agreement) in a Trustee Mortgage Loan File, or of *any breach by any Seller* of any representation, warranty or covenant under the related Sale Agreement, which defect or breach materially and adversely affects the value of any Mortgage Loan or the interest of the Trust therein (it being understood that any such defect or breach shall be deemed to have materially and adversely affected the value of the related Mortgage Loan or the interest of the Trust therein if the Trust incurs a loss as a result of such defect or breach), *the parties discovering or receiving notice of such defect or breach* shall notify the applicable parties (including, without limitation, the Depositor, the Securities Administrator, the Trustee and the applicable responsible party) in writing of such defect or breach of representation, warranty or covenant. … | have been given to the Master Servicer by the Securities Administrator; <br><br> 9.01: … *During a Master Servicer Event of Default* of which a Responsible Officer of the Trustee has notice, *the Trustee* shall exercise such of the rights and powers vested in it by the Trust Agreement, and *use the same degree of care and skill in its exercise thereof as a prudent Person would exercise* or use under the circumstances in the conduct of such Person's own affairs. |
| **HASC 2007-WF1** | 2.03(c): It is understood and agreed by the Servicer | 8.01: … *In case a Master Servicer Event of Default* |

| (Pooling and Servicing Agreement) | and the Originator that the representations and warranties set forth in this Section 2.03 shall survive the transfer of the Mortgage Loans by the Depositor to the Trustee on the Closing Date, and shall inure to the benefit of the Depositor, the Trustee and the Trust Fund notwithstanding any restrictive or qualified endorsement on any Mortgage Note or Assignment of Mortgage or the examination or failure to examine any Mortgage File.  *Upon discovery* by the Originator, the Depositor, the Securities Administrator, *the Trustee*, the Master Servicer or the Servicer of a breach of any of the foregoing representations and warranties, *the party discovering such breach* shall give prompt written notice to the others. | *has occurred* and remains uncured, *the Trustee* shall exercise such of the rights and powers vested in it by this Agreement, and *use the same degree of care and skill in their exercise as a prudent person would exercise* or use under the circumstances in the conduct of such person's own affairs.<br><br>9.06: Each of the following shall constitute a "Master Servicer Event of Default": …<br>(b) *failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement* which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer *by the Trustee* or to the Master Servicer and Trustee by the holders of Certificates evidencing at least 25.00% of the Voting Rights; |
|---|---|---|
| **HVMLT 2006-8 (Pooling and Servicing Agreement)** | 2.03(a): *Upon its discovery* or receipt of written notice of *any materially defective document* in, or that a document is missing from, a Mortgage File or of the breach by the related Originator of any representation, warranty or covenant under the related Purchase Agreement in respect of any Mortgage Loan which materially adversely affects the value of that Mortgage Loan or the interest therein of the Certificateholders, *the Trustee* shall promptly notify such Originator of such defect, missing document or breach and request that such Originator deliver such missing document or cure such defect or breach within 90 days from the date that the Seller was | 7.01: If any one of the following events (each, an " Event of Default ") shall occur and be continuing: …<br>(ii) *the failure by the Master Servicer duly to observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement*, which failure continues unremedied for a period of 60 days, in each case after the date (A) on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer *by the Trustee* or to the Master Servicer and the Trustee by Holders of Certificates evidencing at least 25% of the Voting Rights or (B) on which a Servicing Officer of the |

3

| | | |
|---|---|---|
| | notified of such missing document, defect or breach, and if such Originator does not deliver such missing document or cure such defect or breach in all material respects during such period, the Trustee shall enforce such Originator's obligation under the related Purchase Agreement and cause such Originator to repurchase that Mortgage Loan from the Trust Fund at the Repurchase Price (as defined in the related Purchase Agreement) on or prior to the Determination Date following the expiration of such 90 day period. …<br><br>2.03(b): ***Upon discovery*** or receipt of written notice that a document does not comply with the requirements of Section 2.01 hereof, or ***that a document is missing from, a Mortgage File or of the breach by the Seller of any representation, warranty or covenant*** under the Mortgage Loan Purchase Agreement or in Section 2.04 or Section 2.08 hereof in respect of any Mortgage Loan which materially adversely affects the value of that Mortgage Loan or the interest therein of the Certificateholders, ***the Trustee*** (or a Custodian as its designated agent) shall promptly notify the Seller of such noncompliance, missing document or breach and request that the Seller deliver such missing document or cure such noncompliance or breach within 90 days from the date that the Seller was notified of such missing document, noncompliance or breach, and if the Seller does not deliver such missing document or cure such noncompliance or breach in all material respects during such period, the Trustee shall enforce the Seller's obligation under the Mortgage Loan Purchase | Master Servicer has actual knowledge of such failure (or, in the case of a breach of its obligation beyond any applicable cure period to provide an assessment of compliance, an attestation report or a Sarbanes-Oxley Certification pursuant to Sections 3.16 and 3.18, respectively);<br><br>8.01: … ***If an Event of Default has occurred*** (which has not been cured or waived) of which a Responsible Officer has actual knowledge, ***the Trustee*** shall ***exercise such of the rights and powers vested in it by this Agreement, and use the same degree of care and skill in their exercise, as a prudent man would exercise*** or use under the circumstances in the conduct of his own affairs, unless the Trustee is acting as successor Master Servicer, in which case it shall use the same degree of care and skill as the Master Servicer hereunder with respect to the exercise of the rights and powers of the Master Servicer hereunder. |

4

| | | |
|---|---|---|
| | Agreement and cause the Seller to repurchase that Mortgage Loan from the Trust Fund at the Purchase Price on or prior to the Determination Date following the expiration of such 90 day period (subject to Section 2.03(e) below)… <br><br> 2.03(g): ***Upon discovery*** by the Seller, the Master Servicer, the Depositor or ***the Trustee*** that any Mortgage Loan ***does not constitute a "qualified mortgage"*** within the meaning of Section 860G(a)(3) of the Code, ***the party discovering such fact*** shall within two Business Days give written notice thereof to the other parties. In connection therewith, the Seller shall repurchase or, subject to the limitations set forth in Section 2.03(d), substitute one or more Qualified Substitute Mortgage Loans for the affected Mortgage Loan within 90 days of the earlier of discovery or receipt of such notice with respect to such affected Mortgage Loan. … <br><br> 2.04: ***Upon discovery*** by any of the Depositor, the Seller, the Master Servicer or ***the Trustee*** of a ***breach of any of the foregoing representations and warranties which materially and adversely affects the value of any Mortgage Loan or the interests therein of the Certificateholders***, ***the party discovering such breach*** shall give prompt written notice to the other parties, and in no event later than two Business Days from the date of such discovery. … | |
| **MSAC 2007-NC2 (Pooling and Servicing** | 2.03(e): … ***Upon discovery*** by ***any of the parties to this Agreement*** of ***a breach of any of the foregoing representations and warranties*** that materially and | 8.01:… ***In case a Master Servicer Event of Default has occurred*** and remains uncured, ***the Trustee*** shall exercise such of the rights and powers vested in it by |

5

| | | |
|---|---|---|
| Agreement) | adversely affect the value of any Mortgage Loan or the interest of the Trustee or the Certificateholders therein, ***the party discovering such breach*** shall give prompt written notice to the other parties.<br><br>2.03(f): ***Upon discovery*** by ***any of the parties hereto*** of ***a breach of a representation or warranty made by the Depositor*** under this Agreement that materially and adversely affects the value of any Mortgage Loan or the interests of the Trustee or the Certificateholders therein, ***the party discovering such breach*** shall give prompt written notice thereof to the other applicable parties (including, without limitation, the Depositor and the Trustee).<br><br>2.07: ***Upon discovery*** by ***any of the parties hereto*** of ***a breach of a representation or warranty made by the Sponsor*** pursuant to the Representations and Warranties Agreement, ***the party discovering such breach*** shall give prompt written notice thereof to the other parties to this Agreement and the Sponsor. The Trustee shall pursue all legal remedies available to the Trustee with respect to such breach under the Representations and Warranties Agreement, as may be necessary or appropriate to enforce the rights of the Trust with respect thereto, if the Trustee has received written notice from the Depositor directing the Trustee to pursue such remedies. | this Agreement, and ***use the same degree of care and skill in their exercise as a prudent person would exercise*** or use under the circumstances in the conduct of such person's own affairs.<br><br>9.04: Each of the following shall constitute a "Master Servicer Event of Default": …<br>(b) ***failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement*** which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer ***by the Trustee*** or to the Master Servicer and Trustee by the holders of Certificates evidencing at least 25% of the Voting Rights; … |
| **MSAC 2007-NC3 (Pooling and Servicing Agreement)** | 2.03(e): … ***Upon discovery*** by ***any of the parties to this Agreement*** of ***a breach of any of the foregoing representations and warranties*** that materially and adversely affect the value of any Mortgage Loan or the interest of the Trustee or the Certificateholders | 8.01: … ***In case a Master Servicer Event of Default has occurred*** and remains uncured, ***the Trustee*** shall exercise such of the rights and powers vested in it by this Agreement, and ***use the same degree of care and skill in their exercise as a prudent person would*** |

6

| | | |
|---|---|---|
| | therein, *the party discovering such breach* shall give prompt written notice to the other parties hereto.<br><br>2.03(f): *Upon discovery* by *any of the parties hereto* of *a breach of a representation or warranty made by the Depositor* under this Agreement that materially and adversely affects the value of any Mortgage Loan or the interests of the Trustee or the Certificateholders therein, *the party discovering such breach* shall give prompt written notice thereof to the other applicable parties (including, without limitation, the Depositor, the Securities Administrator and the Trustee).<br><br>2.07: *Upon discovery* by *any of the parties hereto* of *a breach of a representation or warranty made by the Sponsor* pursuant to the Representations and Warranties Agreement, *the party discovering such breach* shall give prompt written notice thereof to the other parties to this Agreement and the Sponsor. The Trustee shall pursue all legal remedies available to the Trustee with respect to such breach under the Representations and Warranties Agreement, as may be necessary or appropriate to enforce the rights of the Trust with respect thereto, if the Trustee has received written notice from the Depositor directing the Trustee to pursue such remedies. | *exercise or use under the circumstances* in the conduct of such person's own affairs.<br><br>9.04: Each of the following shall constitute a "Master Servicer Event of Default": …<br>(b) *failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement* which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer *by the Trustee* or to the Master Servicer and Trustee by the holders of Certificates evidencing at least 25% of the Voting Rights; … |
| **MSIX 2006-1 (Pooling and Servicing Agreement)** | 2.03(a): … *Upon discovery* by *any of the parties hereto* of *a breach of any of the foregoing representations and warranties*, *the party discovering such breach* shall give prompt written notice to the other.<br><br>2.03(e): Upon discovery by *any of the parties hereto* | 8.01: … *In case a Master Servicer Event of Default has occurred* and remains uncured, *the Trustee* shall exercise such of the rights and powers vested in it by this Agreement, and *use the same degree of care and skill in their exercise as a prudent person would exercise or use under the circumstances* in the conduct of such person's own affairs. |

7

|  | of *a breach of a representation or warranty made by the Depositor or any Responsible Party*, as applicable, under this Agreement that materially and adversely affects the value of any Mortgage Loan or the interests of the Trustee or the Certificateholders therein, *the party discovering such breach* shall give prompt written notice thereof to the other parties. … | 9.04: Each of the following shall constitute a "Master Servicer Event of Default": … (b) *failure by the Master Servicer to duly observe or perform, in any material respect, any other covenants, obligations or agreements of the Master Servicer as set forth in this Agreement* which failure continues unremedied for a period of thirty (30) days after the date on which written notice of such failure, requiring the same to be remedied, shall have been given to the Master Servicer *by the Trustee* or to the Master Servicer and Trustee by the holders of Certificates evidencing at least 25% of the Voting Rights; … |
|---|---|---|
| **NHEL 2006-4 (Pooling and Servicing Agreement)** | 2.03(a): *Upon discovery* or receipt of written notice of any materially *defective document in, or that a document is missing* from, a Mortgage File or of the breach by the Sponsor of any representation, warranty or covenant under the Purchase Agreement in respect of any Mortgage Loan which materially adversely affects the value of such Mortgage Loan or the interest therein of the Certificateholders, *the party making such discovery* or receiving such notice shall promptly notify the other parties hereto, and the Sponsor shall thereupon be required to deliver such missing document or cure such defect or breach no later than 90 days from the date of the discovery or receipt of written notice of such missing document, defect or breach, and if the Sponsor does not deliver such missing document or cure such defect or breach in all material respects during such period, the Custodian shall notify the Trustee and the Trustee shall enforce the Sponsor's obligation under the | 7.01(a): If any one of the following events (a " Servicing Default ") shall occur and be continuing: … (ii) *Failure on the part of the Servicer duly to observe or perform in any material respect any other covenants or agreements of the Servicer set forth in this Agreement*, which failure, in each case, materially and adversely affects the interests of Certificateholders or the breach of any representation or warranty of the Servicer in this Agreement which materially and adversely affects the interests of the Certificateholders, and which in either case continues unremedied for a period of 30 days after the date on which written notice of such failure or breach, requiring the same to be remedied, and stating that such notice is a "Notice of Default" hereunder, shall have been given to the Servicer *by the Trustee* or to the Servicer and the Trustee by the Holders of Certificates evidencing at least 25% of the Voting Rights; |

| | | |
|---|---|---|
| | Purchase Agreement and cause the Sponsor to repurchase such Mortgage Loan from the Trust Fund at the Repurchase Price on or prior to the Determination Date following the expiration of such 90 day period.<br><br>2.03(e): *Upon discovery* by the Sponsor, the Servicer, the Custodian or *the Trustee* that any Mortgage Loan *does not constitute a "qualified mortgage"* within the meaning of Section 860G(a)(3) of the Code, *the party discovering such fact* shall within two Business Days give written notice thereof to the other parties. In connection therewith, the Sponsor or the Depositor, as the case may be, shall repurchase or, subject to the limitations set forth in Section 2.03(d), substitute one or more Eligible Substitute Mortgage Loans for the affected Mortgage Loan within 90 days of the earlier of discovery or receipt of such notice with respect to such affected Mortgage Loan. | 8.01: … *If a Servicing Default has occurred* and is continuing, *the Trustee* shall exercise the rights and powers vested in it by this Agreement and *use the same degree of care and skill in its exercise as a prudent person would exercise* or use under the circumstances in the conduct of such person's own affairs. |
| **SAST 2006-2 (Pooling and Servicing Agreement)** | 2.3(d): *Upon discovery* by *any of the parties hereto* of a *breach of a representation or warranty made by the applicable Seller* in respect of the Mortgage Loans that (i) materially and adversely affects the interests of the Certificateholders in any such Mortgage Loan or (ii) is set forth in subsections (B) or (C) of Exhibit B to the Sales Agreement between the Depositor and SMI, *the party discovering such breach* shall give prompt notice thereof to the other parties. …<br><br>2.3(e): *Upon discovery* by the Depositor, the Servicer, the Master Servicer or *the Trustee* that any Mortgage Loan *does not constitute a "qualified mortgage"* within the meaning of Section 860G(a)(3) of the | 7.1: "Event of Default," wherever used herein, means any one of the following events: …<br>(ii) *any failure by the Servicer to observe or perform in any material respect any other of the covenants or agreements on the part of the Servicer contained in this Agreement*, which failure materially affects the rights of Certificateholders, which failure continues unremedied for a period of 60 days after the date on which written notice of such failure shall have been given to the Servicer *by the Trustee*, the Master Servicer, or the Depositor, or to the Servicer and the Trustee by the Holders of Certificates evidencing not less than 51% of the Voting Rights evidenced by the Certificates; … |

9

|  | Code, *the party discovering such fact* shall promptly (and in any event within five (5) Business Days of discovery) give written notice thereof to the other parties. In connection therewith, the Trustee shall require SMI, at SMI's option, to either (i) substitute, if the conditions in Section 2.3(d) with respect to substitutions are satisfied, a Substitute Mortgage Loan for the affected Mortgage Loan, or (ii) repurchase the affected Mortgage Loan within 90 days of such discovery in the same manner as it would a Mortgage Loan for a breach of representation or warranty made pursuant to this Section 2.3. | 8.1: *In case an Event of Default* of which a Responsible Officer of the Trustee has actual knowledge has occurred and remains uncured, *the Trustee* shall exercise such of the rights and powers vested in it by this Agreement, and use the *same degree of care and skill in their exercise as a prudent person would exercise* or use under the circumstances in the conduct of such person's own affairs. |
|---|---|---|
| **SVHE 2007-NS1 (Pooling and Servicing Agreement)** | 2.01: *Upon discovery* or receipt of notice of *any materially defective document in, or that a document is missing* from, a Mortgage File, *the Trustee* (or the Custodian on behalf of the Trustee) shall enforce the obligations of the Originator under the Master Agreement to cure such defect or deliver such missing document to the Trustee (or the Custodian on behalf of the Trustee) within 90 days. …<br><br>2.03(a):  *Upon discovery* or receipt of written notice from the Custodian of any *materially defective document in, or that a document is missing from, a Mortgage File* or of the breach by the Originator or the Seller, as applicable, of any representation, warranty or covenant under the Master Agreement or the Assignment Agreement, as applicable, in respect of any Mortgage Loan which materially adversely affects the value of such Mortgage Loan or the interest therein of the Certificateholders, *the Trustee* shall request that the Originator deliver such missing | 7.01(a): (a) If any one of the following events ("Servicer Events of Termination") shall occur and be continuing: …<br>(ii) The failure by the Servicer to make any required Servicing Advance which failure continues unremedied for a period of 30 days, *or the failure by the Servicer duly to observe or perform, in any material respect, any other covenants, obligations or agreements of the Servicer as set forth in this Agreement*, which failure continues unremedied for a period of 30 days, after the date (A) on which written notice of such failure, requiring the same to be remedied, shall have been given to the Servicer *by the Trustee* or to the Trustee by any Holders of a Regular Certificate evidencing at least 25% of the Voting Rights or (B) of actual knowledge of such failure by a Servicing Officer of the Servicer;<br><br>8.01: … *If a Servicer Event of Termination has occurred* (which has not been cured) of which a |

| | |
|---|---|
| document or that the Originator or the Seller cure such defect or breach within 90 days from the date the Originator or the Seller was notified of such missing document, defect or breach, and if the Originator or the Seller does not deliver such missing document or cure such defect or breach in all material respects during such period, ***the Trustee*** shall enforce (in the manner set forth in Section 2.01) the Originator's obligation under the Master Agreement or the Assignment Agreement or the Seller's obligation under the Assignment Agreement and notify the Originator or the Seller, as applicable, of its obligation to repurchase such Mortgage Loan from the Trust Fund at the Purchase Price on or prior to the Determination Date following the expiration of such 90 day period (subject to Section 2.03(e)). …<br><br>2.03(d): ***Upon discovery*** by the Depositor, the Servicer or ***the Trustee*** that any Mortgage Loan ***does not constitute a "qualified mortgage"*** within the meaning of Section 860G(a)(3) of the Code, ***the party discovering such fact*** shall within two Business Days give written notice thereof to the other parties hereto. …<br><br>2.03(e): ***Upon discovery*** or receipt of written notice of a ***breach by the Seller*** of any representation, warranty or covenant made by the Seller under the Assignment Agreement in respect of any Mortgage Loan which materially adversely affects the value of such Mortgage Loan or the interest therein of the Certificateholders, and if either (i) such Mortgage Loan is not in breach of any representation, warranty | Responsible Officer has knowledge, ***the Trustee*** shall exercise such of the rights and powers vested in it by this Agreement, and ***use the same degree of care and skill in their exercise, as a prudent man would exercise*** or use under the circumstances in the conduct of his own affairs. |

11

| | |
|---|---|
| or covenant of the Originator or (ii) the Originator has failed to remedy such representation, warranty or covenant with respect to such Mortgage Loan, then *the Trustee* shall enforce the obligation of the Seller to remedy such breach, to the extent provided in the Assignment Agreement, in the manner and within the time periods set forth in the Assignment Agreement.<br><br>2.05: *Upon discovery* by any of the Depositor, the Servicer or *the Trustee* of a breach of any of the foregoing representations, warranties and covenants which materially and adversely affects the value of any Mortgage Loan, Prepayment Charge or the interests therein of the Certificateholders, *the party discovering such breach* shall give prompt written notice (but in no event later than two Business Days following such discovery) to the Servicer and the Trustee. | |