UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

          Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

          Defendant.

14-CV-04394 (AJN) (BCM)

ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/18
```

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' joint letter dated February 16, 2018 concerning documents filed with redactions or under seal at Dkt. Nos. 466-468. It is hereby ORDERED that the materials filed at Dkt. Nos. 466-468 shall be re-filed by the parties without any redactions, except that Exs. 14 and 18 to Dkt. No. 468 shall be re-filed with the uncited portions of the testimony redacted.

Dated: New York, New York
       February 23, 2018

                              SO ORDERED.

                              BARBARA MOSES
                              United States Magistrate Judge.