UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

        Defendant.

14-CV-04394 (AJN) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/18

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received various letters from the parties regarding new authority potentially relevant to the pending sampling motion (Dkt. No. 453). In the absence of newly issued *binding precedent*, no further such correspondence will be accepted. However, the Court will hear oral argument with regard to the sampling motion. The parties are directed to call Courtroom Deputy Kevin Snell at (212) 805-0228 with at least two mutually acceptable dates for a morning hearing during the weeks of March 5, 12, or 19.

Dated: New York, New York
       February 28, 2018

                                      **SO ORDERED**.

                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**.