UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
ROYAL PARK INVESTMENTS SA/NV,  :  Civil Action No. 1:14-cv-04394-AJN-BCM
Individually and on Behalf of All Others :
Similarly Situated, : CLASS ACTION
 :
             Plaintiff, : PLAINTIFF ROYAL PARK INVESTMENTS
 : SA/NV'S NOTICE OF WITHDRAWAL OF
    vs. : RULE 72 OBJECTIONS AND MOTION TO
 : VACATE THE MAGISTRATE JUDGE'S
DEUTSCHE BANK NATIONAL TRUST : OPINION AND ORDER CONCERNING
COMPANY, as Trustee, : DISCLOSURE OF PERSONAL DATA FROM
 : DOCUMENTS LOCATED IN BELGIUM
             Defendant. :
 :
———————————————————— x

1381158_1

Currently pending before the Court is Plaintiff Royal Park Investments SA/NV's ("Royal Park") Rule 72 Objections and Motion to Vacate the Magistrate Judge's Opinion and Order Concerning Disclosure of Personal Data from Documents Located in Belgium, dated January 19, 2018.  ECF No. 532.

On December 29, 2017, Magistrate Judge Moses ordered the production of certain unredacted documents (the "Documents") located in Belgium.  ECF No. 524 (the "Order").  On January 19, 2018, Royal Park filed Rule 72 objections to the Order and a motion to vacate the Order (the "Rule 72 Objection").  ECF No. 532.  On February 16, 2018, Royal Park filed a reply in support of the Rule 72 Objection, in which it notified the Court that BNP Paribas Fortis ("BNPPF") and Royal Park had requested an advisory opinion from the Belgian Privacy Commission regarding the transfer of the Documents.  ECF No. 554.  On February 28, 2018, the Belgian Privacy Commission issued an opinion stating BNPPF may produce the Documents in this litigation without privacy redactions.  As a result, BNPPF has agreed to produce the Documents to Royal Park without the privacy redactions.  Royal Park will produce the Documents to Deutsche Bank National Trust Company immediately upon receipt.  Therefore, Royal Park's Rule 72 Objection is moot, and it hereby withdraws the filing docketed at ECF No. 532.

DATED:  March 1, 2018                               Respectfully submitted,

                                                    ROBBINS GELLER RUDMAN
                                                      & DOWD LLP
                                                    ARTHUR C. LEAHY
                                                    STEVEN W. PEPICH
                                                    LUCAS F. OLTS
                                                    DARRYL J. ALVARADO

                                                            s/ LUCAS F. OLTS
                                                    ─────────────────────────
                                                            LUCAS F. OLTS

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
artl@rgrdlaw.com
stevep@rgrdlaw.com
lolts@rgrdlaw.com
dalvarado@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
CHRISTOPHER M. WOOD
414 Union Street, Suite 900
Nashville, TN  37219
Telephone:  615/244-2203
615/252-3798 (fax)
cwood@rgrdlaw.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 1, 2018.

                                      s/ LUCAS F. OLTS
                                      LUCAS F. OLTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:lolts@rgrdlaw.com

1381158_1

## Mailing Information for a Case 1:14-cv-04394-AJN-BCM Royal Park Investments SA/NV v. Deutsche Bank National Trust Company

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darryl J. Alvarado**
  dalvarado@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Cristina Ashba**
  cristina.ashba@morganlewis.com

- **Kevin James Biron**
  kevin.biron@morganlewis.com,robert.thompson@morganlewis.com,nymanagingclerk@morganlewis.com

- **Rollin Bernard Chippey**
  rchippey@morganlewis.com,robert.thompson@morganlewis.com

- **Paul Fattaruso , II**
  pfattaruso@bsfllp.com

- **Joseph Edward Floren**
  joseph.floren@morganlewis.com

- **Elizabeth Allen Frohlich**
  efrohlich@morganlewis.com,lucy.wang@morganlewis.com,jowyang@morganlewis.com

- **Bernard J. Garbutt , III**
  bgarbutt@morganlewis.com,melissa.feig@morganlewis.com,anna.goldenhersh@morganlewis.com,robert.thompson@morganlewis.com,nymanagingclerk@morganlew

- **Bryan P. Goff**
  bryan.goff@morganlewis.com,melissa.feig@morganlewis.com,nymanagingclerk@morganlewis.com

- **Tera Marie Heintz**
  theintz@morganlewis.com,dlang@morganlewis.com,ewoodward@morganlewis.com

- **Robin Ann Henry**
  rhenry@bsfllp.com,mholness@bsfllp.com

- **Joseph Marco Janoski Gray**
  mjanoski@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Peter R. Jerdee**
  pjerdee@jhany.com

- **Gregory P. Joseph**
  gjoseph@jhany.com

- **Michael Stephan Kraut**
  mkraut@morganlewis.com,rschaffer-goldman@morganlewis.com,anna.goldenhersh@morganlewis.com,nymanagingclerk@morganlewis.com

- **Ashley Anelcha Krupski**
  akrupski@morganlewis.com

- **Arthur C. Leahy**
  artl@rgrdlaw.com,DBakshi@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Jonathan Herman Levy**
  jonathan.levy@morganlewis.com,nymanagingclerk@morganlewis.com

- **Grant R. MacQueen**
  gmacqueen@morganlewis.com

- **Lucas F. Olts**
  lolts@rgrdlaw.com,karenc@rgrdlaw.com,kmccormack@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Steven W. Pepich**
  stevep@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Juan Carlos Sanchez**
  jsanchez@rgrdlaw.com

- **Regina Schaffer-Goldman**
  rschaffer-goldman@morganlewis.com,nymanagingclerk@morganlewis.com

- **Kevin S. Sciarani**
  ksciarani@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Nathan Todd Shapiro**
  nathan.shapiro@morganlewis.com

- **Motty Shulman**
  mshulman@bsfllp.com,NYC_Managing_Clerk@bsfllp.com,mpoppito@bsfllp.com

- **Gila Sara Singer**
  gsinger@jha.com

- **Christopher James Stanley**
  cstanley@jha.com

- **Jeffrey James Stein**
  jstein@rgrdlaw.com,2859905420@filings.docketbird.com

- **John Michael Vassos**
  jvassos@morganlewis.com,nymanagingclerk@morganlewis.com

- **Phillip J. Wiese**
  phillip.wiese@morganlewis.com

- **Christopher M. Wood**
  cwood@rgrdlaw.com,e_file_sd@rgrdlaw.com,HDeshmukh@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`