```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/2/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROYAL PARK INVESTMENTS SA/NV,
Individually and on Behalf of All Others
Similarly Situated,

        Plaintiff,

-against-

DEUTSCHE BANK NATIONAL TRUST
COMPANY, as Trustee,

        Defendant.

14-CV-04394 (AJN) (BCM)

**ORDER SCHEDULING ORAL ARGUMENT**

**BARBARA MOSES, United States Magistrate Judge.**

The Court will hold oral argument on the pending sampling motion (Dkt. No. 453) on **March 21, 2018, at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
      March 2, 2018

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge.**