UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,<br><br>　　　　　　　Defendant. | Civil Action No. 14-cv-04394-AJN-BCM<br><br>CLASS ACTION |
| ROYAL PARK INVESTMENTS SA/NV, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee,<br><br>　　　　　　　Defendant. | Civil Action No. 17-cv-05916-AJN<br><br>CLASS ACTION |

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to both of the above-captioned actions hereby stipulate, to plaintiff Royal Park Investments SA/NV's voluntary dismissal, in both actions, of all remaining claims against defendant Deutsche Bank National Trust Company, with prejudice, and that neither party shall seek fees or costs from the other party. Accordingly, the parties jointly request that the Court enter the attached proposed order in both actions.

DATED: June 6, 2019

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>ARTHUR C. LEAHY<br>LUCAS F. OLTS | MORGAN LEWIS & BOCKIUS LLP<br>BERNARD J. GARBUTT III |
| _____<br>LUCAS F. OLTS | _____<br>BERNARD J. GARBUTT III |
| 655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>lolts@rgrdlaw.com | 101 Park Avenue<br>New York, NY  10178<br>Telephone: 212/309-6000<br>212/309-6001 (fax)<br>bernard.garbutt@morganlewis.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 6, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 6, 2019.

_____
LUCAS F. OLTS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: lolts@rgrdlaw.com

4838-2849-8585.v2