UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————— x
ROYAL PARK INVESTMENTS SA/NV, : Civil Action No. 14-cv-04394-AJN-BCM
Individually and on Behalf of All Others :
Similarly Situated, : CLASS ACTION          JUN 1 0 2019
:
Plaintiff, :
:
vs. :
:
DEUTSCHE BANK NATIONAL TRUST :
COMPANY, as Trustee, :
:
Defendant. :
———————————————————— :
:
ROYAL PARK INVESTMENTS SA/NV, : Civil Action No. 17-cv-05916-AJN
Individually and on Behalf of All Others :
Similarly Situated, : CLASS ACTION
:
Plaintiff, :
:
vs. :
:
DEUTSCHE BANK NATIONAL TRUST :
COMPANY, as Trustee, :
:
Defendant. :
———————————————————— x

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

4830-3092-5465.v2

AND NOW, having considered plaintiff Royal Park Investments SA/NV and defendant Deutsche Bank National Trust Company's stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed in both of the above-captioned cases, it is hereby ORDERED that the stipulation is GRANTED and that all remaining claims against defendant Deutsche Bank National Trust Company in both actions are hereby DISMISSED WITH PREJUDICE. The clerk shall CLOSE these cases. It is further ORDERED that no party may seek fees and costs from the other party.

IT IS SO ORDERED.

DATED: Jun 10, 2019

_____
THE HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

4830-3092-5465.v2